UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 07 CR 50056 |
| v. | ) | |
| | ) | Magistrate Judge Mahoney |
| SAMUEL MORA ROBLES | ) | |

## AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDING

I, C. ALLEN REED, personally appearing before United States Magistrate Judge P. Michael Mahoney and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that SAMUEL MORA ROBLES has been charged by criminal indictment in the Southern District of Iowa, Davenport Division, with one count of conspiracy to distribute cocaine, methamphetamine, and marijuana, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A), and 841(b)(1)(B). A copy of the criminal indictment is attached. I have further been informed that a warrant for the arrest of SAMUEL MORA ROBLES has been issued pursuant to the criminal indictment. A copy of the warrant is attached.

C. ALLEN REED
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 16th day of November 2007.

P. MICHAEL MAHONEY
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

MAR 15 2006

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>SERGIO SOLIS, )<br>RENE SOLIS a/k/a Rene Solis-Luna, )<br>CESAR ALEJANDRO IBARRA, )<br>ASAHEL MONTANEZ-LUNA, )<br>a/k/a Aseal Solis and Rodrigo Gonzalez, )<br>CONRADO SOLIS, a/k/a/ Conrado Luna-Solis, )<br>SAMUEL MORA ROBLES, )<br>VICTOR MANUEL SOTO-PALACIOS, )<br>a/k/a Noe Cordova, Jr. )<br>BLAKE TOWER VINSON, )<br>JOSE LUIS CARMEN )<br>CASTILLO-GONZALEZ, )<br>JESSICA LEE ANTUNEZ, )<br>BOBBY JOE ENGELS, )<br>BRENT A. INCE, and )<br>)<br>Defendants. ) | Criminal No. 3:05-cr-571<br><br>**SECOND SUPERSEDING<br>INDICTMENT**<br>T. 21, U.S.C., §§ 846,<br>841(b)(1)(A), and 841(b)(1)(B) |

THE GRAND JURY CHARGES:

Count 1
(Conspiracy to Distribute Drugs)

From a date unknown to the grand jury, but beginning by on or about October 1, 2002, and continuing to on or about September 29, 2005, in and about Scott County in the Southern District of Iowa, defendants,

SERGIO SOLIS,
RENE SOLIS a/k/a Rene Solis-Luna,
CESAR ALEJANDRO IBARRA,
ASAHEL MONTANEZ-LUNA,
a/k/a Aseal Solis and Rodrigo Gonzalez,

CONRADO SOLIS, a/k/a/ Conrado Luna-Solis,
SAMUEL MORA ROBLES,
VICTOR MANUEL SOTO-PALACIOS,
a/k/a Noe Cordova, Jr.,
BLAKE TOWER VINSON,
JOSE LUIS CARMEN
CASTILLO-GONZALEZ,
JESSICA LEE ANTUNEZ,
BOBBY JOE ENGELS,
BRENT A. INCE, and

did knowingly and intentionally conspire with other persons, known and unknown to the Grand Jury, to knowingly distribute at least 5 kilograms of a mixture or substance containing cocaine, a Schedule II controlled substance, at least 500 grams of a mixture or substance containing methamphetamine, a Schedule II controlled substance, and at least 100 kilograms of a mixture or substance containing marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846, 841(b)(1)(A) and 841(b)(1)(B).

A TRUE BILL.

/s/
FOREPERSON

Matthew G. Whitaker
United States Attorney

By: /s/ Richard D. Westphal
Richard D. Westphal
Assistant United States Attorney

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN _____ DISTRICT OF _____ IOWA _____

DAVENPORT DIVISION

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

SAMUEL MORA ROBLES

CASE NUMBER: 3:05-cr-571

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Samuel Mora Robles__
                                                           Name

for proceedings in Davenport, Iowa, to answer an

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine, methamphetamine, and marijuana

in violation of Title __21__ United States Code, Section(s) __846, 841(b)(1)(A), 841(b)(1)(B)__

Thomas J. Shields
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

September 14, 2005, Muscatine, Iowa
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED  9/16/05  DATE OF ARREST | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |

AO 442 (Rev. 5/93) Warrant for Arrest