## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50056 - 1 | **DATE** | 11/16/2007 |
| **CASE TITLE** | USA vs. SAMUEL MORA ROBLES | | |

**DOCKET ENTRY TEXT:**

Initial appearance proceedings under Rule 5 held. Defendant appears in response to arrest. Court appoints Haneef Omar as counsel. Defendant informed of rights. USA moves for detention. Defendant reserves right to a detention hearing in the Southern District of Iowa. Defendant waives right to an identity hearing. Court finds defendant is the person named in the complaint. The USMS is directed to transfer the defendant to the Southern District of Iowa.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|