AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

NORTHERN District of ILLINOIS

| UNITED STATES OF AMERICA<br>V.<br>SAMUEL MORA ROBLES | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 07 CR 50056-1 | 3:05-CR-571 | | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of 21 U.S.C. § 846 and 841(b)(1) (a) an (b)

**DISTRICT OF OFFENSE**
Southern District of Iowa

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute cocaine, methamphetamine and marijuana

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | ☐ No | X Yes | Language: Spanish | |

**DISTRICT OF**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

November 16, 2007
Date                                                              United States Judge or Magistrate Judge

*FILED NOV 16 2007 Magistrate Judge P. Michael Mahoney U.S. DISTRICT COURT*

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |