*United States District Court*
Northern District of Illinois - Western Division
211 South Court Street - Room 211
Rockford, Illinois  61101

Michael W. Dobbins,
Clerk

November 19, 2007

RECEIVED
NOV 21 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

United States District Court
Southern District of Iowa
131 East 4th Street
Davenport, IA 52801-1516

F I L E D

NOV 26 2007

    Re:    USA v. Samuel Mora Robles
           USDC No: 07 CR 50056

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Dear Sir/Madam:

Enclosed please find certified copies of the following documents in connection with the removal proceedings conducted in this District regarding the above named defendant:

    Docket sheet - case number 07 cr 50056

    Affidavit in removal proceeding

    Orders entered by Magistrate Judge Mahoney on 11/16/07

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                    Sincerely yours,

                    Michael W. Dobbins, Clerk

                    By:    Julia M. Mitchell
                            Deputy Clerk